# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 11 DB 2024 (13 RST 2024) |
|---|---|---|
| | : | |
| RICHARD ALLEN MONAHAN | : | Attorney Registration No. 61732 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Out of State) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of March, 2024, the Report and Recommendation of Disciplinary Board Member dated March 13, 2024, is approved and it is ORDERED that RICHARD ALLEN MONAHAN, who has been on Retired Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.